**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7552**

———————

MICHAEL R. CARTER,

                                 Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                 Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-00-862)

———————

Submitted:  February 27, 2002          Decided:  March 18, 2002

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Morchower, MORCHOWER, LUXTON & WHALEY, Richmond, Virginia; Christopher Campbell Booberg, THORSEN, MARCHANT & SCHER, L.L.P., Richmond, Virginia, for Appellant.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael R. Carter seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Carter v. Angelone, No. CA-00-862 (W.D. Va. Aug. 10, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED